In the Matter of VINCENT OLIVA, Appellant, v NEW YORK STATE DIVISION OF HUMAN RIGHTS, Also Known as DHR, et al., Respondents.

Submitted May 22, 2017; decided June 29, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic. Motion for a stay dismissed as academic.

Judge FEINMAN taking no part.

In the Matter of TERRY E. RYAN, Appellant, v THOMAS P. DI-NAPOLI, as State Comptroller, et al., Respondents.

Submitted June 5, 2017; decided June 29, 2017

Motion for reargument of motion for leave to appeal denied [see 29 NY3d 908 (2017)]. Motion for poor person relief dismissed as academic.

Judge FEINMAN taking no part.

In the Matter of the Claim of DOROTA VON MAACK, Appellant, v WYCKOFF HEIGHTS MEDICAL CENTER et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted June 5, 2017; decided June 29, 2017

Motion for reargument of motion for leave to appeal denied [see 29 NY3d 965 (2017)].

Judge FEINMAN taking no part.